# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Jairin ANZALDUA-ERVIN<br><br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  3:25-mj-285 |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jairin ANZALDUA-ERVIN                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
   Assault of a federal officer, 18 U.S.C. 111(a)(1)

Date:    October 5, 2025                                                    _Jolie A Russo_
                                                                              *Issuing officer's signature*

City and state:    Portland, Oregon                      Jolie A. Russo, U.S. Magistrate Judge
                                                                     *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/6/25 , and the person was arrested on *(date)* 10/6/25 at *(city and state)* Portland, OR . |
| Date: 10/6/25                                            _____<br>                                                          *Arresting officer's signature*<br><br>                                                          Inspector Tapis, Oliver<br>                                                          *Printed name and title* |